JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **E. SAYAH MEDICAL CORP**, a California Corporation; **EYDEN SAYAH**, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>**ASTON MARTIN LAGONDA OF NORTH AMERICA, INC**, a Conneticut Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: CV 25-1019-AGR<br><br>**ORDER OF DISMISSAL**<br><br>Judge: Hon. Alicia G. Rosenberg |

## <u>ORDER</u>

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice in

accordance with the terms of the written settlement agreement entered into between the parties.

**IT IS SO ORDERED.**

DATE: July 10, 2025            By: _____
                                    HON. ALICIA G. ROSENBERG
                                    UNITED STATES MAGISTRATE JUDGE